UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

W. RICHARD GARBRICK,

    Defendant and
    Judgment Debtor.

            NO. 2:02-CR-00459 WBS

CENTURY LIGHTING & ELECTRIC
and its Successors and
Assignees,

    Garnishee.

            NO. 2:17-MC-00035 MCE DB

----oo0oo----

    Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because in Case No. 2:17-MC-00035 MCE DB, the United States seeks a writ

1

1   of garnishment to enforce the unpaid restitution ordered against

2   defendant W. Richard Garbrick in Case No. 2:02-CR-00459 WBS.

3   Accordingly, the assignment of the matters to the same judge is

4   likely to effect a substantial saving of judicial effort and is

5   also likely to be convenient for the parties.

6          The parties should be aware that relating the cases

7   under Local Rule 123 merely has the result that both actions are

8   assigned to the same judge; no consolidation of the actions is

9   effected.  Under the regular practice of this court, related

10  cases are generally assigned to the judge and magistrate judge to

11  whom the first filed action was assigned.

12         IT IS THEREFORE ORDERED that the actions denominated

13  United States v. Garbrick, No. 2:02-CR-00459 WBS, and United

14  States v. Garbrick, No. 2:17-MC-00035 MCE DB, be, and the same

15  hereby are, deemed related.  The case denominated United States

16  v. Garbrick, Case No. 2:17-MC-00035 MCE DB, shall be reassigned

17  to the Honorable WILLIAM B. SHUBB.  Any dates currently set in

18  the reassigned case only are hereby VACATED.  Henceforth, the

19  captions on documents filed in the reassigned case shall be shown

20  as United States v. Garbrick, No. 2:17-MC-00035 WBS DB.

21         IT IS FURTHER ORDERED that the Clerk of the Court make

22  an appropriate adjustment in the assignment of cases to

23  compensate for this reassignment.

24  Dated:  March 7, 2017

25                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
26

27

28

2